BICKLEY, (LEIPER v.) See Case No. 8,222.

---

## Case No. 1,388.

### The BICKMORE.

District Court, S. D. Florida. Dec. 18, 1865.

SALVAGE—COMPENSATION.

[Where cotton from a stranded vessel was saved and appraised at from $75 per bale for the damaged, to $200 for the dry, the court awarded the salvors 12 per cent. on $118,202, the appraised value of the cotton saved.]

[Cited in Baker v. The Slobodna, 35 Fed. 543.]

[Nowhere reported; no opinion can be found. Decree recorded in 9 Adm. Rec. 87.]